UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

Hammond Division

| | | |
|---|---|---|
| Jennifer Gomez-Schultz<br>*Plaintiff* | )<br>)<br>) | Case No. 2:23-CV-00314-JD-JEM |
| v. | )<br>) | |
| Indiana-American Water Company Inc.<br>*Defendant* | )<br>)<br>) | |

**PARTIES' JOINT MOTION TO DISMISS CLAIMS**

Comes now, Plaintiff, Jennifer Gomez-Schultz, by counsel, Thakena Hogue, and Defendant, Indiana-American Water Company, Inc., by counsel Emery K. Harlan, and respectfully submits this Joint Motion to Dismiss all Plaintiff's claims **with prejudice** and states as follows:

1. On April 7, 2023, Plaintiff filed this action against Defendant in the United States District Court for the Southern District of Indiana.

2. On September 19, 2023, this case was transferred to this Court from the United States District Court for the Southern District of Indiana.

3. The parties thereafter began earnest settlement negotiations and are pleased to inform the Court that the parties have agreed to a settlement of all claims and executed a Settlement Agreement and Release.

4. As part of the settlement, Plaintiff and Defendant have agreed to stipulate to the dismissal of all Plaintiff's claims (and the release of any available counterclaims Defendant may have had) under Federal Rule of Civil Procedure 41(a)(2) **with prejudice**.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court enter an Order dismissing all claims, **with prejudice**, on the basis of the stipulations and agreements outlined above.

Jointly and respectfully submitted this 16th day of November, 2023.

| | |
|---|---|
| */s/Thakena Hogue* | /s/*Emery K. Harlan* |
| Thakena Hogue, Attorney for Plaintiff | Emery K. Harlan |
| Attorney No. 35543-49 | MWH LAW GROUP LLP |
| The Magi Group, LLC | 8206 Rockville Road, #321 |
| 9165 Otis Avenue, Suite 231 | Indianapolis, IN 46214 |
| Indianapolis, IN 46216 | 317-939-3540 |
| thakena@lawmede8.com | 414-436-0354 |
| 317-436-2828 | emery.harlan@mwhlawgroup.com |
| | COUNSEL FOR DEFENDANT |