UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

JENNIFER GOMEZ-SCHULTZ,

   Plaintiff,

   v.                                                          Case No. 2:23-CV-314 JD

AMERICAN WATER,

   Defendant.

# ORDER

The parties filed a joint motion to dismiss (DE 46), agreeing to dismiss this action with prejudice. Considering the joint nature of the stipulation, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is hereby DISMISSED, with prejudice. The Clerk is DIRECTED to CLOSE this case.

SO ORDERED.

ENTERED: November 21, 2023

                                                       /s/ JON E. DEGUILIO
                                                       Judge
                                                       United States District Court